**Jed W. Manwaring ISB #3040**
**Christy A. Kaes ISB #4852**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
    **ckaes@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 17-00450-TLM |
| **FARMERS GRAIN, LLC,** | Chapter 7 |
| Debtor. | |
| **NOAH G. HILLEN, Trustee,** | Adversary Case No. |
| Plaintiff, | |
| vs. | |
| **JIM BELNAP; and U.S. CONSOLIDATED FARM SERVICE AGENCY,** | |
| Defendants. | |

### COMPLAINT

Plaintiff, Noah G. Hillen, Trustee ("Plaintiff"), alleges as follows:

1. Jurisdiction in this court arises pursuant to 28 U.S.C. §§ 1334 and 157.

*COMPLAINT - 1*

2. Plaintiff is the duly appointed trustee for the above chapter 7 case.

3. Defendant Jim Belnap is an individual residing in Vale, Malheur County, Oregon.

4. Defendant U.S. Consolidated Farm Service Agency is an agency with a place business in Ontario, Malheur County, Oregon.

5. On April 18, 2017, debtor filed a Voluntary Petition ("Petition") for bankruptcy pursuant to Chapter 11 of the Bankruptcy code. On August 15, 2017, the Court converted the case to a Chapter 7 liquidation.

6. Defendants received the following payment from the debtor which payment was paid by the debtor's bank after the date of the Petition as follows:

| Check No. | Date of Check | Check Amount |
|---|---|---|
| 5024 | 04/13/2017 | $ 37,413.00 |

Both Defendants endorsed the check.

7. Debtor's payment to Defendants described above was a transfer of an interest of the estate in property that was not authorized under the Bankruptcy Code or by order of the Court.

8. Debtor's payment to Defendants constitutes avoidable post-petition transfer pursuant to 11 U.S.C. §§ 549 and 550(a) against the initial, immediate, and/or mediate transferees.

9. In the course of discovery, Plaintiff may discover other transfers which are avoidable under 11 U.S.C. §§ 544, 547, 548, 549 and/or 550. Defendants are hereby placed on notice that all such transfers may be avoided by the Trustee by a claim that will relate back in time to the date of filing of this Complaint.

*COMPLAINT - 2*

WHEREFORE, Plaintiff prays that the transfer to Defendants be avoided, that judgment be entered against Defendants in the amount specified above, and for such other and further relief as is just.

DATED this 15th day of March, 2019.

>            EVANS KEANE LLP
>
>            By      /s/ Jed W. Manwaring
>            Jed W. Manwaring, Of the Firm
>            Attorneys for Trustee

*COMPLAINT* - 3