# Exhibit A



RECEIVED

APR 19 2017

Malheur County FSA