**Jed W. Manwaring ISB #3040**
**Christy A. Kaes ISB #4852**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
        **ckaes@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**FARMERS GRAIN, LLC,**<br><br>    **Debtor.** | Case No. 17-00450-TLM<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**JIM BELNAP; and U.S. CONSOLIDATED FARM SERVICE AGENCY,**<br><br>    **Defendants.** | Adv. Pro. No. 19-06008-TLM |

### STIPULATION FOR DISMISSAL OF ADVERSARY COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed.Bankr.R. 7041 and

Fed.R.Civ.P. 41(a)(1), the Adversary Complaint in this action be dismissed with prejudice on the

*STIPULATION FOR DISMISSAL OF ADVERSARY COMPLAINT - 1*

basis that the Defendants have produced documents demonstrating a complete defense.  Each party

agrees to bear their own attorney fees and costs.

No hearing is requested unless the Court deems otherwise.

DATED this 2nd day of July, 2019.

EVANS KEANE LLP

By     /s/ Jed W. Manwaring
       Jed W. Manwaring, Of the Firm
       Attorneys for Trustee

DATED this 2nd day of July, 2019.

GIVENS PURSLEY LLP

By    /s / Randall A. Peterman    *(w/permission)*
       Randall A. Peterman, Of the Firm
       Attorneys for Defendant Jim Belnap

DATED this 2nd day of July, 2019.

BART M. DAVIS
United States Attorney
District of Idaho

By    /s / William H. Humphries    *(w/permission)*
       William H. Humphries
       Assistant United States Attorney
       Attorneys for Defendant Farm Services Agency

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2019, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **William M Humphries**    bill.humphries@usdoj.gov, jessica.black@usdoj.gov

I FURTHER CERTIFY that on this 2nd day of July, 2019, I served a copy of the foregoing upon the following and by the method indicated:

Randall A. Peterman                              ☒ Email
Givens Pursley LLP
rap@givenspursley.com

Jim Belnap                                       ☒ U.S. Mail, postage prepaid
1764 3rd Avenue
Vale, OR 97918

     /s/ Jed W. Manwaring
Jed W. Manwaring

*STIPULATION FOR DISMISSAL OF ADVERSARY COMPLAINT - 3*